NUMBER 13-99-320-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


ELMA E. TAMEZ , Appellant,


v.



ROBERT J. JOHNSON , Appellee.

____________________________________________________________________


On appeal from the County Court at Law No. 3 

of Nueces County, Texas.

____________________________________________________________________


O P I N I O N



Before Chief Justice Valdez and Justices Hinojosa and Rodriguez

Opinion Per Curiam



Appellant, ELMA E. TAMEZ , perfected an appeal from a judgment entered by the County Court at Law No. 3 of Nueces
County, Texas, in cause number 98-61947-E . On October 7, 1999, this appeal was abated in accordance with Tex. R. App.
P. 8.2. Appellant has now notified this Court that the bankruptcy proceedings have been dismissed. The stay in this cause
is lifted, and the appeal is reinstated. 

This cause is now before the Court on appellant's motion to dismiss the appeal. In the motion, appellant states that this case
has been resolved and appellant no longer wishes to prosecute this appeal. Appellant requests that this Court dismiss the
appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 10th day of January, 2002 .